*March 14, 1944.*

McDonald, Appellant, vs. McDonald and another, Respondents.

For the appellant: *Lynn D. Jaseph* of Green Bay.
For the respondents: *Evrard & Evrard* of Green Bay.

*By the Court.*—Order affirmed.

Landmann and another, Respondents, vs. Milwaukee Automobile Insurance Company, Limited, Mutual, Appellant.

For the appellant: *D. J. Regan* of Milwaukee.
For the respondents: *David Beznor* of Milwaukee.

*By the Court.*—Judgment affirmed.

J. I. Case Company, Appellant, vs. Industrial Commission and another, Respondents.

For the appellant: *Clark M. Robertson* and *Howard R. Johnson* of Milwaukee.
For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

*By the Court.*—Judgment affirmed.